The State v. Mansfield.

THE STATE v. MANSFIELD, *Appellant.*

DIVISION TWO.

Practice: BILL OF EXCEPTIONS. Where there is no bill of exceptions, and no error appears in the record proper, the judgment will be affirmed upon appeal.

*Appeal from Jasper Circuit Court.*—HON. M. G. McGREGOR, Judge.

AFFIRMED.

*John M. Wood,* Attorney General, for the State.

THOMAS, J.—The defendant was sentenced by the circuit court of Jasper county, to imprisonment in the penitentiary for a term of two years for an assault with intent to commit a rape, from which he appeals. There is nothing before us except the record proper, there being no bill of exceptions, and no error being assigned and none appearing in the record, the judgment is affirmed on the authority of *State v. Berry,* 103 · Mo. 367, and cases cited. All of this division concur.